**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

**Eastern District of Missouri**

Case number *(if known)*: _____    Chapter **11**

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Bick Group Holdings, LLC** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | **fka EDF-RG, LLC** |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 85-1500426 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **1202 Hanley Industrial Ct.** | |
| Number        Street | Number        Street |
| **Saint Louis**        **MO**   **63144** | |
| City                State  Zip Code | City                State   Zip Code |
| | **Location of principal assets, if different from principal place of business** |
| **ST. LOUIS** | |
| County | Number          Street |
| | |
| | City                State   Zip Code |

5. **Debtor's website (URL)**    _____

Debtor    **Bick Group Holdings, LLC**                                    Case number (if known) _____
_____
Name

**6.    Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding  LLP)

☐ Other. Specify: _____

**7.    Describe debtor's business:**

A. Check one:

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. Check all that apply:

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.    Under which chapter of the Bankruptcy Code is the debtor filing?**

Check one:

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. Check all that apply:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

Debtor   **Bick Group Holdings, LLC**          Case number *(if known)* _____

Name

| 9. | **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**<br><br>If more than 2 cases, attach a separate list. | ☑ No | | | | | |
|----|----|----|----|----|----|----|----|

☐ Yes.   District _____   When _____   Case number _____
                                                    MM/DD/YYYY

District _____   When _____   Case number _____
                                                    MM/DD/YYYY

---

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes.   Debtor _____   Relationship _____

District _____   When _____
                                            MM/DD/YYYY

Case number, if known _____

---

**11.** **Why is the case filed in *this district*?**

Check all that apply:

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**

_____
Number          Street

_____
City          State   ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

Contact name _____

Phone _____

---

Copyright © Financial Software Solutions, LLC          BlueStylus

Debtor  **Bick Group Holdings, LLC**                                              Case number *(if known)* _____
       Name

---

### Statistical and administrative information

| | |
|---|---|
| 13. | **Debtor's estimation of available funds** |

Check one:

☐ Funds will be available for distribution to unsecured creditors.

☒ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

---

**15. Estimated assets**

| | | |
|---|---|---|
| ☒ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☒ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

---

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| | |
|---|---|
| 17. | **Declaration and signature of authorized representative of debtor** |

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **8/12/2025**
             MM / DD / YYYY

**x**  **/s/ Christopher T Pondoff**           **Christopher T Pondoff**
     Signature of authorized representative of debtor     Printed name

Title   **Member / CEO**

---

Debtor    **Bick Group Holdings, LLC**
Name                                                                      Case number *(if known)* _____

---

**18.    Signature of attorney**    ✗    **/s/ Robert Eggmann**                    Date    **8/12/2025**
Signature of attorney for debtor                              MM / DD / YYYY

**Robert Eggmann**
Printed name

**Robert Eggmann**
Firm name

**Carmody MacDonald P.C.**
Number        Street

**Saint Louis**                                    **MO**            **63105**
City                                                     State            ZIP Code

**(314) 854-8600**                                  **ree@carmodymacdonald.com**
Contact Phone                                       Email address

**37374**                                            **Missouri**
Bar number                                          State

---

# AUTHORIZING RESOLUTIONS OF
## Bick Group Holdings, LLC

The undersigned, being all of the current members of Bick Group Holdings, LLC, a Missouri limited liability company (the "***Company***"), hereby consents to the adoption of and adopt the following resolutions without a formal meeting:

**WHEREAS**, the Company's Member has considered the business and financial condition of the Company, on the date hereof, including the assets and liabilities of the Company, and

**WHEREAS**, the Company's Member has reviewed, considered and received the recommendations of the senior management of the Company and the Company's legal, financial and other advisors as to the relative risks and benefits of pursuing a bankruptcy proceeding under chapter 11 of the United States Bankruptcy Code ("***Chapter 11***"); and

**WHEREAS,** the Company may not have sufficient funds in the near future to fund its usual and customary operations, including obligations for payroll, payment of vendors, payment of third-party debt, payment of rental obligations, and the payment of other operational obligations; and

**WHEREAS,** a majority of the Company's Board of Managers believe that it is in the Company's best interest to seek protection under Chapter 11 (the "***Bankruptcy***"); and

**WHEREAS,** a majority of the Company's Board of Managers believe that it is in the Company's best interest to seek protection under Chapter 11 (reorganization) of the U.S. Bankruptcy Code (the "Bankruptcy") within sixty (60) days or less of this resolution.

**THEREFORE, BE IT RESOLVED** that, in the judgment of a majority of the Company's Board of Managers, it is desirable and in the best interests of the Company and its Member, as well as, the best interest of the Company's creditors, employees and other interested parties that a petition be filed by the Company seeking relief under the provisions of Chapter 11 within sixty (60) days or less of this resolution; and

**BE IT FURTHER RESOLVED** that Ryan Chaney, shall be designated as the Chief Restructuring Officer of the Company during the pendency of the Bankruptcy.

**BE IT FURTHER RESOLVED** that Christopher Pondoff, in the name of and on behalf of the Company, is hereby authorized, empowered, and directed, in the name and on behalf of the Company, to execute and verify petitions under Chapter 11 of the Bankruptcy Code and to cause the same to be filed in the United States Bankruptcy Court for the Eastern District of Missouri at such time as said individual executing same shall determine; and

**BE IT FURTHER RESOLVED** that Ryan Chaney, in the name of and on behalf of the Company, are hereby authorized and directed to employ the law firm of Carmody MacDonald P.C., as general bankruptcy counsel to the Company and direct said law firm to take any and all actions to advance Company's rights in connection with the Bankruptcy, and, in connection therewith, such individuals are hereby authorized and directed to pay appropriate retainers and cause to be filed appropriate applications to retain the services of Carmody MacDonald P.C. as general bankruptcy counsel to the Company; and

**BE IT FURTHER RESOLVED** that Ryan Chaney, in the name of and on behalf of the Company, is hereby authorized, empowered and directed to execute and file all petitions, schedules, motions, lists, applications, pleadings, and other papers, and, in that connection, to employ and retain all assistance by legal counsel, accountants, financial advisors, and other professionals, and to take and perform any and all further acts and deeds as may be required, or as Ryan Chaney may, upon advice of counsel, deem necessary, advisable, or proper, in connection with the Bankruptcy; and

**BE IT FURTHER RESOLVED** that Ryan Chaney, in the name of and on behalf of the Company, is hereby authorized, empowered, and directed, in the name and on behalf of the Company, to execute and deliver appropriate agreements for the use of cash collateral and any necessary post-petition financing in connection with said Bankruptcy, including the granting of liens to such lenders to such agreements, and to take such additional action and to execute and deliver each agreement, instrument or document proposed to be executed and delivered by or on behalf of the Company pursuant thereto or in connection therewith, all with such changes therein and additions thereto as Ryan Chaney may approve, such approval to be conclusively evidenced by the taking of such action or by the execution and delivery thereof; and

**BE IT FURTHER RESOLVED** that Ryan Chaney is hereby authorized and directed to, from time to time, in the name of and on behalf of the Company, do all such acts and things, to execute and deliver all such documents, and to incur and pay all such fees and expenses as may be necessary or desirable to carry out, implement and comply with the intent and purpose of these resolutions, and all such acts and doings of Ryan Chaney are hereby, in all respects, adopted, ratified, confirmed, and approved as the valid and existing acts of the Company; and

**BE IT FURTHER RESOLVED** that the officers and Managers of the Company are authorized to carry on the business of the Company and otherwise to manage and conduct the business affairs of the Company in the ordinary course of that business but to take no extraordinary actions without the consent of the majority of the Board of Managers of the Company; and

**BE IT FURTHER RESOLVED** that this consent shall be filed in the official minute book of the Company.

*[signature page follows]*

**IN WITNESS WHEREOF**, the undersigned have executed these Resolutions as of the 12th day of August, 2025.

**MEMBERS OF Bick Group Holdings, LLC**

By:

Christopher Pondoff, *Member*

**Fill in this information to identify your case:**

Debtor Name  **Bick Group Holdings, LLC**

United States Bankruptcy Court for the: **Eastern District of Missouri**

Case number *(if known)*: _____

☐ Check if this is an amended filing

Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | River City Construction P.O. Box 1389 Benton, IL 61654 | River City Construction (309) 694-4312 klansford@rccllc.com | Work performed and materials | | | | $489,503.50 |
| 2 | Western Blow Pipe 3300 Hall Street Saint Louis, MO 63147 | Western Blow Pipe (314) 832-2570 khenderson@maximc onstruction.net | Vendor | | | | $342,503.30 |
| 3 | Siemens Siemens Industry, Inc. C/O Citibank PO Box 2134" Carol Stream, IL 60132 | Siemens () - siramcollectionsteam. us@siemens.com | Vendor | | | | $215,807.26 |
| 4 | Oat Financial, Inc. 25 Kent Ave. Brooklyn, NY 11249 | Oat Financial, Inc. () - tal@oatfinancial.com | Line of Credit | | | | $168,027.72 |
| 5 | Woodforest Earth Works, LLC P.O. Box 1703 Montgomery, TX 77356 | Woodforest Earth Works, LLC (636) 727-7837 accounting@woodfor estcompany.com | Labor and Materials | | | | $165,000.00 |

Copyright © Financial Software Solutions, LLC    BlueStylus

Debtor  __Bick Group Holdings, LLC__  Case number *(if known)* _____
      Name

| 6 | Capital One<br>P.O. Box 7683<br>San Francisco, CA 94120-7683 | Capital One<br>(800) 867-7090 | Credit Card | | | | $150,934.84 |
|---|---|---|---|---|---|---|---|
| 7 | Atkore<br>Law Offices of Richard E. Nawaracaj, P.C.<br>155 N. Wacker Drive<br>Suite 4250<br>Chicago, IL 60606 | Atkore<br>(773) 255-5454<br>rich.nawracaj@nawracaj-law.com | Settlement | | | | $117,964.56 |
| 8 | Harold G Butzer, INC<br>721 Wicker Lane<br>Saint Louis, MO 63109 | Harold G Butzer, INC<br>(573) 636-6794<br>tonyab@hgbutzer.com | Vendor | | | | $60,414.00 |
| 9 | Woodforest Earth Works, LLC<br>5451 FM 1488<br>Magnolia, TX 77354 | Woodforest Earth Works, LLC<br>(936) 727-7837<br>josh@woodforestcompany.com | Vendor | | | | $46,371.70 |
| 10 | Introba Inc.<br>6 S Old Orchard Ave<br>Saint Louis, MO 63119 | Introba Inc.<br>() - | Vendor | | | | $43,009.50 |
| 11 | Murphy Company - Ven<br>PO Box 790379<br>St. Louis, MO 63179 | Murphy Company - Ven<br>(317) 997-7660<br>kkates@murphynet.com | Vendor | | | | $38,810.82 |
| 12 | Exter 3128 Riverport Tech Center, LLC<br>c/o EQT Exeter<br>Five Radnor Corporate Center<br>100 Matsonford Road, STE 250<br>Radmor, PA 19087 | Exter 3128 Riverport Tech Center, LLC<br>() -<br>lorrie.wandress@eqtexter.com | Vendor | | | | $32,801.15 |
| 13 | SMG Properties LLC<br>c/o Lewis Rice LLC<br>600 Washington Ave Ste 2500<br>Saint Louis, MO 63101 | SMG Properties LLC<br>() - | | | | | $31,888.80 |
| 14 | SMG Properties, LLC<br>9027 Town Center Parkway<br>Lakewood Ranch, FL 34202 | SMG Properties, LLC<br>(941) 907-7009<br>alan@emseye.com | Vendor | | | | $31,888.50 |
| 15 | Holt & Patterson, LLC<br>260 Industrial Blvd.<br>Chesterfield, MO 63005 | Holt & Patterson, LLC<br>(636) 530-0104<br>audreythies@holtpatterson.com | Vendor | | | | $31,164.13 |

Debtor    __Bick Group Holdings, LLC_____    Case number *(if known)* _____
                     Name

| 16 | Flotron & McIntosh, LLC<br>612 E Capitol Ave<br>Jefferson City, MO 65101 | Flotron & McIntosh, LLC<br>(573) 635-5757<br>richard@govconsultants.com | Vendor | | | | $30,000.00 |
|----|---|---|---|---|---|---|---|
| 17 | FireTech, LLC<br>1353 Baur Blvd.<br>Saint Louis, MO 63132 | FireTech, LLC<br>(314) 292-2625<br>lmicali@firetechstl.com | Vendor | | | | $29,400.00 |
| 18 | Worldwide Express Operation<br>2700 Commerce Street<br>Dallas, TX 75226 | Worldwide Express Operation<br>(469) 459-9566<br>ftlbilling@wwex.com | Vendor | | | | $26,976.00 |
| 19 | Bazan Painting<br>1273 N Price Rd<br>Saint Louis, MO 631320 | Bazan Painting<br>() -<br>jreynolds@bazanpainting.com | Vendor | | | | $26,900.00 |
| 20 | Irvine Access Floors Inc<br>9425 Washington Blvd.<br>Suite Y-WW<br>Laurel, MD 20723 | Irvine Access Floors Inc<br>(301) 617-7933<br>mturner@irvineaccessfloors.com | Vendor | | | | $25,465.00 |

Copyright © Financial Software Solutions, LLC                                                                                                                BlueStylus

# United States Bankruptcy Court

## Eastern District of Missouri

In re   **Bick Group Holdings, LLC**
_____
Debtor(s)

Case No.  _____

Chapter   **11**_____

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:   **8/12/2025**_____          **/s/ Christopher T Pondoff**_____
                                                                                          **Christopher T Pondoff**
                                                                                          Signature of Debtor

Copyright © Financial Software Solutions, LLC

**A & F**
**10588 Champion Village Dr**
**Conroe, TX 77303**

**A-Gas US, Inc.**
**1100 Haskins Road**
**Bowling Green, OH 43402**

**ABC Printing Company**
**5654 N. Elston Ave**
**Chicago, IL 60646**

**ADI**
**Ademco, Inc.**
**dba ADI**
**25429 Network Place**
**Chicago, IL 60673**

**AGCMO**
**6330  Knox Industrial Drive STE 200**
**Saint Louis, MO 63139**

**Ahern Fire Protection**
**PO Box 1316**
**Fond du lac, WI 54936**

**ALL TEX SERVICE CO.**
**17011 N. Mesa**
**Splendora, TX 77372**

**All Trade Supply, Inc.**
**#10 Kirkman Industrial Dr.**
**Saint Louis, MO 63119**

Copyright © Financial Software Solutions, LLC

**Ally**
**P.O. Box 38092**
**Minneapolis, MN 55438-0902**

**AM Logistics**
**101 Skinner Industrial Dr**
**Saint Charles, MO 63301**

**AMBS Call Center**
**338 W. Franklin St.**
**Jackson, MI 49201**

**Ameren Missouri**
**877 Horan Drive**
**Fenton, MO 63026**

**American Burglary and Fire Co**
**507 Rudder Road**
**Fenton, MO 63026**

**American Water**
**P.O. Box 2798**
**Camden, NJ 08101**

**Aska Power Generation**
**10399 Silver Spring Road**
**Conroe, TX 77303**

**AT&T**
**025 Lenox Park Blvd.**
**Atlanta, GA 30319**

**Creditor Matrix**

Copyright © Financial Software Solutions, LLC

**Atkore**
**Law Offices of Richard E. Nawaracaj, P.C.**
**155 N. Wacker Drive**
**Suite 4250**
**Chicago, IL 60606**

**B&L Drayage**
**725 E Carrie Ave**
**Saint Louis, MO 63147**

**Bane Machinery**
**2449 Manana Dr**
**Dallas, TX 75354**

**Bazan Painting**
**1273 N Price Rd**
**Saint Louis, MO 631320**

**Benco Industrial Equipment LLC**
**1140 Mid Rivers Mall Drive**
**Saint Peters, MO 63376**

**Bob Kantouth**

**Boyer Fire Protection-Vendor**
**5555 West Park Ave.**
**Saint Louis, MO 63110**

**Brandow & Johnson**
**Attn: AR 700 S Flower**
**Suite 1200**
**Los Angeles, CA 90017**

Copyright © Financial Software Solutions, LLC

**Brazos Builders**
**4065 Golf Club Dr**
**PO Box 76779**
**Colorado Springs, CO 80970**


**Capital One**
**P.O. Box 7683**
**San Francisco, CA 94120-7683**


**Carpenters Benefits - Estamps**


**Champion Scale**
**3849 So. Broadway**
**Saint Louis, MO 63118**


**Christopher Pondoff**
**Attn: Andrew Magdy**
**903 South Lindbergh Blvd., Ste. 200**
**Saint Louis, MO 63131**


**CJC Transport LLC**
**4659 World Parkway Circle**
**Saint Louis, MO 63134**


**CMS Beyond the Call**
**PO Box 871874**
**Kansas City, MO 64187**


**Code Engineering Services**
**12015 Manchester Road**
**Suite 141**
**Saint Louis, MO 63131**

Copyright © Financial Software Solutions, LLC

**Cohn & Dussi, LLC**
**255 State Street, Suite 7B**
**Boston, MA 02109**


**Compass Electric Solutions**
**7365 Pershing Avenue, #1E**
**Saint Louis, MO 63130**


**Custom Plastic Distributors Inc.**
**364 Pike**
**PO Box 672**
**Dayville, CT 06241**


**Delta Consulting Group**
**4330 Prince William Pkwy**
**Suite 301**
**Woodbridge, VA 22192**


**Domain Listings, LLC**


**Downtime Eliminator, LLC**
**3014 Eileen St**
**Deer Park, TX 77536**


**DRC Cleaning Services, LLC**
**4225 Malcolm Dr**
**Saint Louis, MO 63125**


**Engineered Fire Proctection**
**230 Sovereign Ct**
**Ballwin, MO 63011**

Copyright © Financial Software Solutions, LLC

**Essentia Funding**
**22 E. Main St.**
**Unit #250**
**Middletown, NY 10940**


**Exter 3128 Riverport Tech Center, LLC**
**c/o EQT Exter**
**Five Radnor Corporate Center**
**100 Matsonford Road, STE 250**
**Radmor, PA 19087**


**FD FREIGHT LLC**
**17871 Alexandria Dr**
**Conroe, TX 77302**


**FireTech, LLC**
**1353 Baur Blvd.**
**Saint Louis, MO 63132**


**Flotron & McIntosh, LLC**
**612 E Capitol Ave**
**Jefferson City, MO 65101**


**Forklifts of St. Louis**
**4720 LaGuardia**
**Saint Louis, MO 63134**


**Gibbs Pool and Turner, P.C.**
**3225 Emerald Lane, Suite A**
**Jefferson City, MO 65109-6864**


**Harold G Butzer, INC**
**721 Wicker Lane**
**Saint Louis, MO 63109**

Copyright © Financial Software Solutions, LLC

**Hendricks Phillips Salzman & Siegel,PC**
**230 Peachtree Street, N.W**
**Suite 2500**
**Atlanta, GA 30303**

**Hiscox, Inc.**
**5 Concourse Parkway**
**Suite 2150**
**Atlanta, GA 30328**

**Holt & Patterson, LLC**
**260 Industrial Blvd.**
**Chesterfield, MO 63005**

**Honda Financial Services**
**P.O. Box 168008**
**Irving, TX 75016-8008**

**Hopscotch**
**734 Broadway**
**Floor 5**
**New York, NY 10003**

**Hubbard Machine**
**P.O. Box 2118**
**New Caney, TX 77357**

**Internal Revenue Service**
**Centralized Insolvency Operation**
**P.O. Box 7346**
**Philadelphia, PA 19101-7346**

**Introba Inc.**
**6 S Old Orchard Ave**
**Saint Louis, MO 63119**

Copyright © Financial Software Solutions, LLC

**Inventory Sales Company**
**PO Box 796016**
**St. Louis, MO 63179**


**Irvine Access Floors Inc**
**9425 Washington Blvd.**
**Suite Y-WW**
**Laurel, MD 20723**


**Javier Cruz Espinoza**


**Jim Taylor**
**1127 East B Street**
**Belleville, IL 62220**


**Johnson Controls Fire Protection**
**11360 Lackland Road**
**Saint Louis, MO 63146**


**Kings III of America, LLC**
**751 Canyon Drive**
**STE 100**
**Coppell, TX 75019**


**KNC Control**
**5323 Highway N #212**
**COTTLEVILLE, MO 63338**


**Kodiak Equipment Services, Inc**
**1603 Engle Creek**
**Ballwin, MO 63021**


**Mainline Fire Protection**
**5224 Business 50 West**
**Jefferson City, MO 65109**

Copyright © Financial Software Solutions, LLC

**Mallory Safety**
**PO Box 2068**
**1040 Industrial Way**
**Longview, WA 98632**

**Matson Logistics**
**PO Box 99074**
**Chicago, IL 60693**

**Meyer Electric Co., Inc.**
**3513 N Ten Mile Drive**
**Jefferson City, MO 65109**

**Midwest Electronic Systems, Inc.**
**1943 Gravois Avenue**
**Saint Louis, MO 63104**

**Midwest Occupational Medcine**

**Missouri Department of Revenue**
**Attn: Bankruptcy Unit**
**P.O. Box 475**
**Jefferson City, MO 65105**

**Mobile Techs of MO LLC**
**11043 Gravois Industrial Ct**
**Saint Louis, MO 63128**

**Murphy Company - Ven**
**PO Box 790379**
**St. Louis, MO 63179**

**NOBLE Diagnostic**

Copyright © Financial Software Solutions, LLC

**Oat Financial, Inc.**
**25 Kent Ave.**
**Brooklyn, NY 11249**


**OX Heavy Haul**
**2300 Woodforest PKWY N**
**STE 250-434**
**Montgomery, TX 77316**


**Pinnacle Business Funding**
**1777 Reistertown Rd.**
**Suite 390**
**Pikesville, MD 21208**


**Prestige Interiors Corp.**
**12950 S. Kirkwood Rd**
**Suite 150**
**Stafford, TX 77477**


**Protegis Fire and Safety**
**PO Box 931933**
**Cleveland, OH 44193**


**Raul Barba Trucking**


**Reed Fire Protection**
**12321 Highway TT**
**Festus, MO 63028**


**River City Construction**
**P.O. Box 1389**
**Benton, IL 61654**

Copyright © Financial Software Solutions, LLC

**Rotolite**
**5301 Hampton Ave**
**Saint Louis, MO 63109**

**Russel Byrd**
**2201 FM 1725**
**Willis, TX 77378**

**Ryan Chaney**
**Attn: Spencer Desai**
**13321 North Outer Forty Road**
**Suite 300**
**Chesterfield, MO 63017**

**Saint Louis Bank**
**9811 South Forty Drive**
**Ladue, MO 63124**

**Sandberg Phoenix**
**PO Box 14369**
**St. Louis, MO 63178**

**Sawyer Trucking LLC**
**14090 FM 2920 Rd**

**Schmale Insurance**
**305 Carlyle Ave.**
**Belleville, IL 62221**

**Schneider Electric IT Corporation**
**5081 Collections Center Drive**
**Chicago, IL 60693**

Copyright © Financial Software Solutions, LLC

**Siemens**
**Siemens Industry, Inc.**
**C/O Citibank**
**PO Box 2134"**
**Carol Stream, IL 60132**


**Simon Crane Service**
**2935 Elm Point Industrial Dr,**
**Saint Charles, MO 63301**


**Siriuspoint America Insurance Company**
**1 World Trade Center**
**285 Fulton Street**
**New York, NY 10007**


**SMG Properties LLC**
**c/o Lewis Rice LLC**
**600 Washington Ave Ste 2500**
**Saint Louis, MO 63101**


**SMG Properties, LLC**
**9027 Town Center Parkway**
**Lakewood Ranch, FL 34202**


**Snow Pro Parts, Sales and Service**
**4631 Lemay Ferry Road**
**Saint Louis, MO 63129**


**Specialty Capital**
**224 W 35th Stret**
**Suite 500, Unit 583**
**New York, NY 10001**


**Spire**
**700 Market St.**
**Saint Louis, MO 63101**

Copyright © Financial Software Solutions, LLC

**State Auto Insurance Company**
**518 East Broad Street**
**Columbus, OH 43215**


**Superior Express**
**6121 Hall St**
**Saint Louis, MO 63147**


**Tech Electronics**
**6437 Manchester Ave**
**Saint Louis, MO 63139**


**The Electrical Board of Missouri & ILLinois**
**900 S Highway Dr.**
**Suite 203**
**Fenton, MO 63026**


**The Waldinger Corporation**
**PO Box 1612**
**Des Moines, IA 50306**


**TTJ Equipment**
**P.O. BOX 609**
**Cleveland, TX 77327**


**Unique Funding**
**1915 Hollywood Blvd.**
**Ste. 200A**
**Hollywood, FL 33020**


**United Rental**
**1302 Bammel Rd.**
**Houston, TX 77073**

Copyright © Financial Software Solutions, LLC

**Waste Connection**
**196 W NW Industrial Ct.**
**Bridgeton, MO 63044**

**Wausau Tile**
**9001 U.S. 51 Business**
**Rothschild, WI 54474**

**Wayne Automatic Sprinkler Corporation**
**10720 Midwest Industrial Blvd**
**Saint Louis, MO 63132**

**Weber Fire and Safety**
**2749 Cape Town Village Road**
**High Ridge, MO 63049**

**Western Blow Pipe**
**3300 Hall Street**
**Saint Louis, MO 63147**

**Woodforest Earth Works, LLC**
**5451 FM 1488**
**Magnolia, TX 77354**

**Woodforest Earth Works, LLC**
**P.O. Box 1703**
**Montgomery, TX 77356**

**Worldwide Express Operation**
**2700 Commerce Street**
**Dallas, TX 75226**

Copyright © Financial Software Solutions, LLC